MARCUS J. LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*CLARITY SERVICES, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Beatriz Garcia,<br><br>Plaintiff,<br><br>v.<br><br>Clarity Services, Inc.; Trans Union LLC and Acima Digital, LLC,<br><br>Defendants. | Case No. 2:26-cv-02453<br><br>**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT CLARITY SERVICES, INC. TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant CLARITY SERVICES, INC. ("Clarity") files this second motion to extend Clarity's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Wednesday, November 11, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. Counsel for Clarity has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this second request for the extension is to allow the parties the opportunity to continue good faith efforts to settle this case.

Dated this 14th day of October, 2026

*/s/Inku Nam*
MARCUS J. LEE Nevada Bar No. 15769
INKU NAM Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2808

*Attorneys for Defendant*
*Clarity Services, Inc.*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2026